IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

AMOS HOYT,

    Petitioner,

v.

KAVEIL SCOTT, ASSISTANT
WARDEN,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4803

Opinion filed August 5, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Amos Hoyt, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of certiorari is denied on the merits.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.